

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN, TEXAS 78711

JOHN L. HILL.
ATTORNEY GENERAL

January 15, 1976

The Honorable Ronald L. Wilson
Criminal District Attorney
Galveston County
405 County Courthouse
Galveston, Texas 77550

Opinion No. H-765

Re: Whether presenta-
tion of a valid driver's
license in court is an
absolute defense to a
charge of operating a
motor vehicle without
having a driver's license
in immediate possession.

Dear Mr. Wilson:

You have requested our opinion regarding whether presen-
tation of a valid driver's license in court is an absolute
defense to a charge of operating a motor vehicle without
having a driver's license in one's immediate possession.

Section 13 of article 6687b, V.T.C.S., provides, in
pertinent part:

> Every person shall have an operator's,
> commercial operator's, or chauffeur's
> license in his immediate possession at
> all times when operating a motor vehicle
> and shall display the same upon demand
> of a magistrate or any officer of a
> court of competent jurisdiction or any
> peace officer. Any person who violates
> this Section shall be guilty of a mis-
> demeanor . . . . It shall be a defense
> to any charge under this Section that
> the person so charged produce in court
> an operator's, commercial operator's, or
> chauffeur's license theretofore issued
> to such person and valid at the time of
> his arrest. . . . (Emphasis added).

Section 13 makes clear that, whichever of its terms a person might be charged with violating, he may establish a defense to that charge by producing a valid driver's license in court. The effect of such a defense is set forth in section 2.03(e) of the Texas Penal Code:

> A ground of defense in a penal law that is not plainly labeled in accordance with this chapter has the procedural and evidentiary consequences of a defense.

Thus, it is our opinion that the presentation of a valid driver's license in court is an absolute defense to a charge of operating a motor vehicle without having a driver's license in one's immediate possession. Cf. Attorney General Opinion O-3907 (1941).

## S U M M A R Y

> It is our opinion that the presentation of a valid driver's license in court is an absolute defense to a charge of operating a motor vehicle without having a driver's license in one's immediate possession.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jwb